IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ENERGY INTELLIGENCE GROUP INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**PECO ENERGY COMPANY**,<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 21-2349-KSM** |

## ORDER

**AND NOW**, this 17th day of September, 2021, upon consideration of Defendant's Motion for a More Definite Statement (Doc. No. 7) and Plaintiff's Response in Opposition thereto (Doc. No. 18), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.