# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ENERGY INTELLIGENCE GROUP INC.**, <br><br> Plaintiff, <br><br> *v.* <br><br> **PECO ENERGY COMPANY**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 21-2349-KSM** |

## ORDER

**AND NOW**, this 2nd day of February, 2022, upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 34), Defendant's Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 35), and Plaintiff's Reply in Support of Motion for Leave to File First Amended Complaint (Doc. No. 36), it is **ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 34) is **GRANTED**. Plaintiff shall file the First Amended Complaint by **February 4, 2022**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.